**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00076-LTB-PAC

STERLING CONSULTING CORPORATION, as Receiver,

    Plaintiff,

v.

PAHL & GOSSELIN, a professional corporation, a California professional corporation;
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION; and
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Sterling Consulting Corporation, as Receiver's Unopposed Motion to File Reply Brief Out of Time Regarding Its Motion to Strike and CMA's and Indians' Motion to Dismiss and Motion for Default (Doc 23 - filed April 7, 2006) is **GRANTED**. The tendered Reply is accepted for filing.

Dated: April 10, 2006
_____