**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00076-LTB-PAC

STERLING CONSULTING CORPORATION, as Receiver,

    Plaintiff,

v.

PAHL & GOSSELIN, a professional corporation, a California professional corporation,
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION; and
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.,

    Defendants.

_____

**ORDER**
_____

Upon Defendants' Motion for Leave to File Sur-Reply to "Receiver's and Sterling's Reply in Support of Motion to Strike, Motion to Dismiss and for Default" (Doc 27 - filed April 13, 2006), it is

ORDERED that the Motion is DENIED.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED:   April 14, 2006