**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00076-LTB-PAC

STERLING CONSULTING CORPORATION, as Receiver,

      Plaintiff,

v.

PAHL & GOSSELIN, a professional corporation, a California professional corporation;
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION; and
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to File Sur-Reply (Doc 33 - filed May 4, 2006) is **GRANTED**. The tendered Sur-Reply is accepted for filing.

Dated: May 5, 2006
_____