**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00076-LTB-PAC

STERLING CONSULTING CORPORATION, as Receiver,

    Plaintiff,

v.

PAHL & GOSSELIN, a professional corporation, a California professional corporation,
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC.;
INDIAN MOTORCYCLE CORPORATION; and
INDIAN MOTORCYCLE REAL ESTATE SERVICES, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 37 - filed July 10, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   July 11, 2006